# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENELL CAVER,<br>　　　　　Plaintiff,<br><br>v.<br><br>J. CEBALLOS, et al.,<br>　　　　　Defendant. | 1:16-cv-01885-DAD-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **DENELL CAVER, CDCR #T-10792**, VIA VIDEO CONFERENCE<br><br>DATE: October 24, 2017<br>TIME: 10:30 a.m. |

**Denell Caver**, CDCR #T-10792, a necessary and material witness on his own behalf in a Settlement Conference in this case on October 24, 2017, is confined at **High Desert State Prison**, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference** before Magistrate Judge Stanley A. Boone, on October 24, 2017, at 10:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference** before the United States District Court at the time and place above, until completion of settlement proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison**

**WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the settlement proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**September 26, 2017**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

