# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENELL CAVER, | Case No. 1:16-cv-01885-DAD-BAM (PC) |
|---|---|
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE AND DISCHARGING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE DENELL CAVER, CDCR #T-10792, VIA VIDEO CONFERENCE |
| v. | |
| J. CEBALLOS, et al., | |
| Defendants. | |

Plaintiff Denell Caver ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter is currently set for a settlement conference before Magistrate Judge Stanley A. Boone on October 24, 2017, at 10:30 a.m. (ECF No. 17.) On September 27, 2017, the Court issued an order and writ of habeas corpus ad testificandum to produce Plaintiff via video conference for the settlement conference.

On October 10, 2017, defense counsel filed a notice of tentative resolution indicating that this action had been tentatively resolved in its entirety, pending Plaintiff's review of dispositional documents. (ECF No. 24.) On October 11, 2017, defense counsel filed a stipulation for voluntary dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 25.) The stipulation is signed by Plaintiff and counsel for Defendants, indicating that the case has been resolved in its entirety, should be dismissed with prejudice, and each party shall bear its own litigation costs and attorney's fees.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The settlement conference set for October 24, 2017, at 10:30 a.m. before Magistrate Judge Stanley A. Boone is vacated;
2. The Order and Writ of Habeas Corpus ad Testificandum to produce Plaintiff via video conference for participation in the settlement conference (ECF No. 22) is discharged;
3. The Clerk of the Court shall serve a courtesy copy of this order by e-mail on the litigation coordinator at High Desert State Prison, and on the litigation coordinator of any other institution(s) which require this information;
4. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his own litigation costs and attorney's fees; and
5. The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: **October 12, 2017** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE